UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 30 2008
JUL 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Derrick Austin

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

08CV4325
JUDGE ST. EVE
MAGISTRATE JUDGE DENLOW

C.D. Andrews, Superintendent - Div. 1
Mr. Thomas, Superintendent - Div. 9
Salvador Godinez, Executive Director
Tom Dart - CCDOC Sheriff
Mrs. Butler, Social Worker Div. 9
Mr. Jewel, Social Worker Div. 1

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

   A. Name: Derrick Austin

   B. List all aliases: NONE

   C. Prisoner identification number: 20080018336

   D. Place of present confinement: Div 1-MAXIMUM

   E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: C.D. Andrews, Superintendent
      Title: Superintendent Div-1
      Place of Employment: CCDOC

   B. Defendant: MR Thomas
      Title: Superintendent Div 9
      Place of Employment: ~~Salvador Godinez~~ CCDOC

   C. Defendant: Salvador Godinez
      Title: Executive Director
      Place of Employment: C.C.D.O.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

PAGE. (2A).

II DEFENDANTS CONT.

D. DEFENDANT: MRS. BUTLER
   TITLE: SOCIAL WORKER
   PLACE OF EMPLOYMENT: C.C.D.O.C-DIV.-9

E. DEFENDANT: MR. JEWEL
   TITLE: SOCIAL WORKER
   PLACE OF EMPLOYMENT: C.C.D.O.C-DIV.-1

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: __N/A__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

D. List all defendants: __N/A__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

F. Name of judge to whom case was assigned: __N/A__

G. Basic claim made: __N/A__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

I. Approximate date of disposition: __N/A__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All that I have writen on these documents Are true And is to the Best of my knowlige, cause being in here is like hell they treat you like A Animal, All of my wrights has been taken from me, my pain And suffering has hit the sealing cause I thought that people shouldn't do other people like the way they do you up in here this is my first time in D.u one maximum security and its not nothing nice, when someone get stabed the hole compound go on lock down for it, now you can't talk to your love ones or lawyers. my life is in dangerment everyday that go's by cause Im still in these Hell Hole.

It has been Amottonal Stress Cause my mind can't bare to think of what's going to happen when someone starts to dislike me cause I'm in here and my case is nothing meaning I'm going home soon and they are not. It's A shame that Cook County Jail Fallsafted documents disobeyed a direct order from the Judge not one Judge but two Judges, my Hole case is going to be based on Falver to Act on Any of they request that I submitted make everbody that's involved is incountable. It's A Shame that this had to go to this but I kept Asking pleading Begging for them to help me In A nice manner but nothing prevald, so I'm Sueing everone that Akountable to this case, who ever take this case whoever read these paper's may God Shine Alight on you keep you safe and bless you many times over and over cause he the All mighty love you And me God Bless you And thanks, I have A 4 Extra Page Brief on these case. ⟶

Continue.

First came to county 3-15-08 for possesion of stolen motor vechol,, got house arrest 3-17-08 was in heated argiment with family so they unpluged my Em Box, couldn't call cause it was on a tuesday closed, I left house 4-1-08, remember I was classified a² mimimum security. for stolen car? trying to find another place to hook Box up but got caught 4-2-08, brought me to Cook county to pick up papers so they say And then took me to maywood was processing me in lockup find a Bag of herion so maywood charged me with PCS. And tole sheriff to let county handle Except charge. so the brought me Back to county 4-3-08 to process me in Cook County Jail gave me a orange copy of hearing board paper saying that I owe them 374 dollars for ankle Band And I was charge with AWOl leaving house Arrest that A Class 3 felony 2-5 year's-probational. I have no violent Background at all, nor have I robbed Anyone or brought harm to Anyone so A sergent don't remember his name said take him out of the cage with those inmates And put his Ass in cage € By him self And put a chain on the gate. No water for 12 hours or I couldn't use the bathroom. out of 300 hundred people they brought in on the new I was the last person they talk to so I heard the Blue shirt



officer say thir's know where to put him he said the Sergent put his ASS in div one maximum Division. so that's where I went, 4-4-08 1:00 clock in the morning, Didn't know that a gard had been Jumped on day's before they did, so I was in Div one C-4 for 20 days 4-14-08 without a shower or a Phone call remember I am minimum security. Finaly the took me and four other guy's from off that tier and the the officer still didn't care where they put me so I went to E-3 tier, no better. 4-21-08 I went to court and the Judge Ask me why Am I in that division I sad I don't know so he court order t me out of there, To Div 6 Drug unit I was safe finally for About 14 day's Now I had to see the hearing Board About me leaveing my fem location I told them my story sam one and I Ask them would I have to do time in the hole they said they don't know cause everyone that seen the hearing board went to the hole, so they gaved me Another peace of paper stateing that How long I was gone from fem Address How much money I old them for man hour power 2000 dollars And 374 dollars for Ankle badd that they didn wont to go get. 5-08-08 I went to the hole D.U 9 Supper MAX 5-13-08 was the date I was suppose to have got out, Something was wrong

5-14-08 I was still in the hole so I ask officer Irving to check to see why I was still in the hole he said he would check, he came back and said Austin you case is pending I said what case the Hearing Board is still looking into your case, I thought the Judge was handleing that situation, but I was wrong, 5-18-08, I ask a Sergent thomas to see what was wrong and I said wait I have my hearing Board ticket for the day I was suppose to get out she took it left and never came back and I didn't get my copy back either 5-20-08 I went to court and told my puplic lawyer what had happen he said I thought the Judge courtordeard you out of there what happen I said about the ankle band I guess so he said that he would see if the Judge could do something to help so I went back to county Jail and went back to the hole, mrs butler social worker came on the tier and I said did you get my request sleep she said what's your name I said Derrick Austin she said yes and your case is pending I said what do that mean she said I don't know. so I showed her the last hearing Board paper that I had with my out date on it she left came back and said mr Austin

I don't know what to tell you they spont me meaning they the officer's white shirts brushed her off. She gave me my paper back and I didn't see her know more. 5-21-08 I went down to dispensery and seen the supperintenden Div 9 mr thomas told him my story, and some thing told me to take that paper with me And he said let me keep this and I see what's wrong never herd from him Agin now I have no prove of how long I was in the hole, the next day 5-22-08 officer Irving came to work seen me in my cell and said man Ive been gone 4 day's And you still in here I'm going down stairs my self to see what's wrong that was about 9:30 Am he came back 12:00 oclock and said mr Austin pack your stove hurry up you are out of here I said Quit playing he said please hurry up no Joke I started packing and I said to him what happen he said if I tell you I would lose my Job and a lot of other people will be in trouble. So they brought me back to reaceving to put me back in div 6 Drug unit so I thought, officer Irving sad I was going back to the Drug unit H.R.D.I. but I didnt they brought me back to division one where I'm at wright now.

Today is Jun 19-08 in three more day's I would have been here a hole month from the hole. Ive ask social worker Jewel to find out why have I not been moved back to H.R.I.D. I Div 6, he said He would put in paper asking for records to send copy to Div one to send me back, still waiting. Ive got another courtorder from Judge ceppermin from maywood you know they records who ever still didn't honor the Judge cause I'm still her and counting. I even wrote grivenca aginst these people Ive got no anser yet from them something is wrong, By the grace of God he the lord has been watching over me keeping me save and out of harms way it been times people ask me what am I in here for and I would tell them but he put in my spirt to not say nothing agin cause there in here for murder or car jacking or robbery etc and I'm not so Help me please
God bless you
Thank you
Derrick Hostin

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am first and foremost asking that I be returned to my court orderd H.R.D.I Div 6. program and my status returned to minimum from maximum security. I am seeking monetarry releaf for the delay and emotionall delay that resulted in the facilities lack of concern for inmate status or court orders. I am seeking an amount that ones not exceed statutory limits set forth for a case like mine.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _17th_ day of _S_, 20_08_

_Derrick Austin_
(Signature of plaintiff or plaintiffs)

_Derrick Austin_
(Print name)

_20080018336_
(I.D. Number)

_Div one H-1-6_

_CCDOC P.O. Box 089002_
_Chgo IL 60608_
(Address)

6

Revised 9/2007