

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DERRICK AUSTIN

**Defendant(s):** C.O. AUSTIN, etc., et al

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Derrick Austin
#2008-0018336
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

08CV4325
JUDGE ST. EVE
MAGISTRATE JUDGE DENLOW

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**FILED**
JUL 3 0 2008 TC
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Burke    **Date:** 7/30/08